FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 29 PM 1:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEVERLY A. STOKES                                    CIVIL ACTION

VERSUS                                               NO. 05-202

AVOYELLES CORRECTIONAL                               SECTION "N" (3)
CENTER

### O R D E R

The Court, after considering the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that the petitioner's request to delete his unexhausted claims be GRANTED and that he be allowed to proceed on his exhausted claims. This matter is remanded to the magistrate judge.

New Orleans, Louisiana, this 29th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____