FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18 PM 4:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY A. STOKES #416834 | CIVIL ACTION |
| versus | NO. 05-202 |
| AVOYELLES CORRECTIONAL CENTER | SECTION: "N" (3) |

### ORDER

The Court, having considered the petition, the record, the applicable law, and the objections to the Report and Recommendation of the United States Magistrate Judge filed by the plaintiff on December 8, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Beverly A. Stokes** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of December, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep
___ Doc. No.